# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

---

**CESAR GALLARDO,**
**individually on behalf of himself and**
**others similarly situated,**

        **No.1:16-cv-01055**

    **Plaintiffs,**

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**        **JURY DEMAND**
        **FLSA COLLECTIVE ACTION**

**Defendants.**

---

### PLAINTIFF'S MOTION FOR APPROVAL OF 29 U.S.C. § 216(b) NOTICE AND CONSENT FORMS AND TO ORDER DISCLOSURE OF CURRENT AND FORMER EMPLOYEES

---

Comes now Plaintiff, through counsel, and moves this Court to: (1) authorize this case to proceed as a collective action for overtime violations under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b) on behalf of non-exempt employees who worked for Defendants, who were subject to Defendants' practices of failing to pay proper overtime wages and minimum wage pursuant to the FLSA during the last three years; (2) issue an Order directing Defendants to immediately provide a list of names, last known addresses, and last known telephone numbers for all putative class members within the last three years; (3) issue an Order that notice be prominently posted at Defendants' facilities where putative class members work, attached to current employees' next scheduled paycheck, and be mailed to the employees so that they can

assert their claims on a timely basis as part of this litigation; and (4) Order that the opt in plaintiffs Consent Forms be deemed "filed" on the date they are postmarked.

A memorandum of law setting forth the grounds for this motion is filed contemporaneously herewith.

Respectfully submitted,

GILBERT RUSSELL McWHERTER
SCOTT BOBBITT PLC


s/ Michael L. Russell
MICHAEL L. RUSSELL #20268
EMILY S. EMMONS #33281
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee, 37067
615-354-1144 Telephone
731-664-1540 Facsimile
mrussell@gilbertfirm.com
eemmons@gilbertfirm.com


CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
(731) 664-1340 Telephone
(731) 664-1540 Facsimile
cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum was filed electronically on the 4th day of April, 2016. Additionally, the foregoing was attached to the Summons and Complaint when the Summons and Complaint were submitted for service of process.

*s/Michael L. Russell*