IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

**CESAR GALLARDO,**
**individuals on behalf of himself and**
**others similarly situated,**

                                                  No. 1:16-cv-01055

      **Plaintiffs,**

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**      **JURY DEMAND**
                                                                  **FLSA COLLECTIVE ACTION**

      **Defendants.**
_____

### NOTICE OF FILING
_____

    COMES NOW PLAINTIFF, Cesar Gallardo, by and through counsel, and files the attached Consent Form with regard to the above-captioned matter.

                                                  Respectfully submitted,

                                                  **GILBERT RUSSELL McWHERTER**
                                                  **SCOTT & BOBBITT PLC**

                                                  *s/ Michael L. Russell*
                                                  MICHAEL L. RUSSELL # 20268
                                                  EMILY S. EMMONS #33281
                                                   341 Cool Springs Blvd., Suite 230
                                                   Franklin, Tennessee  37067
                                                   Telephone:  (615) 354-1144
                                                   Facsimile:  (731) 664-1540
                                                   mrussell@gilbertifrm.com
                                                   eemmons@gilbertfirm.com

        CLINTON H. SCOTT #23008
        101 North Highland
        Jackson, Tennessee 38301
        Telephone: (731) 664-1340
        Facsimile: (731) 664-1540
        cscott@gilbertfirm.com

        *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 26th day of May, 2016:

        *s/Michael L. Russell*