## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby consent to become a party plaintiff and authorize the prosecution to recover unpaid wages in my name and on my behalf by Cesar Gallardo against any restaurant owned and/or operated by Tomas Leon or Roy Salvador, including but not limited to Los Portales Bolivar, LLC, and Los Portales Henderson, LLC. . I designate the class representative, Cesar Gallardo, as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I agree to keep counsel for Plaintiff informed as to my correct mailing address and telephone number.

*Aurelio Vazquez*
SIGNATURE (Sign Your Name)

Aurelio Vazquez
(Print Name)