IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

**CESAR GALLARDO,**
**individuals on behalf of himself and**
**others similarly situated,**

                              **No. 1:16-cv-01055**

      **Plaintiffs,**

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**     **JURY DEMAND**
                                                  **FLSA COLLECTIVE ACTION**

      **Defendants.**

_____

### JOINT MOTION TO STAY MEDIATION

_____

NOW COME the Plaintiffs Cesar Gallardo and Aurelio Vazquez, and Defendants Los Portales Bolivar LLC, Los Portales Henderson LLC, Tomas Leon and Roy Salvador (hereinafter "the Parties") and respectfully ask this Court to stay mediation in this case.

1. This case was brought as a collective action under the Fair Labor Standards Act, 29 U.S.C. §201 *et. seq.*, and on April 4, 2016, the Plaintiffs filed a motion for collective action status and the issuance of Court-approved notice under 29 U.S.C. §216(b).  *See* Docket Entry No. 6.

2. The Defendants oppose the issuance of Court-approved notice in this case.

3. This case has been assigned to the Court's ADR program.  *See* Docket Entry No. 3.

4. To date, the Court has not ruled on the Plaintiffs' motion for collective action status and Court-approved notice.

5. The Parties respectfully ask the Court to stay mediation, pursuant to the Court's ADR Plan and Mediation Program, and L.R. 16.3(c) and 16.3(e), in this case until the issue of certification and notice has been resolved.

6. The Parties will be in a much better position to evaluate the case, and participate meaningfully in mediation, once the scope of the "Plaintiff collective group" has been determined.

7. Therefore, the Parties ask that the Court stay mediation until the later of: (1)  six (6) days after the Court denies the <u>Plaintiffs' Motion for Approval of 29 U.S.C. §216(b) Notice and Consent Forms and To Order Disclosure of Current and Former Employees</u> (Docket No. 6), or (2) in the event the Court grants the <u>Plaintiffs' Motion for Approval of 29 U.S.C. §216(b) Notice and Consent Forms and To Order Disclosure of Current and Former Employees</u> (Docket No. 6), then thirty (30) days after the close of the opt-in period.

Respectfully submitted this 2nd day of August, 2016.

Jointly Submitted By:

**GILBERT RUSSELL McWHERTER SCOTT & BOBBITT PLC**

*/s/ Michael L. Russell*
MICHAEL L. RUSSELL # 20268
EMILY S. EMMONS #33281
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee  37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540
mrussell@gilbertifirm.com
eemmons@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
cscott@gilbertfirm.com

*Attorneys for Plaintiff*

**WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.**

*/s/ J. Larry Stine*
J. LARRY STINE (GA. Bar No. 682555)
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, GA, 30326
Telephone: (404) 365-0900
Facsimile: (404) 261-3707
jls@wimlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**CESAR GALLARDO,**
individually on behalf of himself and
others similarly situated,

*Plaintiffs*,

v.

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**

*Defendants*.

No. 1:16-cv-01055

**JURY DEMAND**
**FLSA COLLECTIVE ACTION**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of **JOINT MOTION TO STAY MEDIATION** was sent via electronic notice through the Court's ECF system on this 2nd day of August, 2016, to the following:

Michael L. Russell
Emily S. Emmons
Clinton H. Scott
GILBERT RUSSELL MCWHERTER SCOTT BOBBITT, PLC

WIMBERLY, LAWSON, STECKEL,
 SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 365-0900
(404) 261-3707 (Fax)
jls@wimlaw.com

*/s/ J. Larry Stine*
J. Larry Stine
Ga. State Bar No.: 682555