**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

**CESAR GALLARDO,**
**individuals on behalf of himself and**
**others similarly situated,**

|                          |                               |
|--------------------------|-------------------------------|
| **Plaintiffs,**          | **No. 1:16-cv-01055**         |

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**          **JURY DEMAND**
                                                    **FLSA COLLECTIVE ACTION**

**Defendants.**

---

**JOINT REPORT REGARDING NOTICE TO CLASS**

---

COMES NOW THE PARTIES, through the undersigned counsel, and give notice to the

Court that they have agreed upon the content of the Notice to be provided to the putative class in

the above-captioned matter. A copy of the agreed upon Notice is attached hereto.

Jointly Submitted By:

**GILBERT RUSSELL McWHERTER
SCOTT & BOBBITT PLC**

_s/ Michael L. Russell_____
MICHAEL L. RUSSELL # 20268
EMILY S. EMMONS #33281
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee  37067
Telephone:  (615) 354-1144
Facsimile:  (731) 664-1540
mrussell@gilbertifirm.com
eemmons@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

*and*

**WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.**

*s/ J. Larry Stine*
J. LARRY STINE (GA. Bar No. 682555)
WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, GA, 30326
Telephone: (404) 365-0900
Facsimile: (404) 261-3707
jls@wimlaw.com

*ATTORNEY FOR DEFENDANT*

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 27th day of March 2017.

*s/Michael L. Russell*