IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

**CESAR GALLARDO,**
**individuals on behalf of himself and**
**others similarly situated,**

        No. 1:16-cv-01055

    **Plaintiffs,**

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**    **JURY DEMAND**
        **FLSA COLLECTIVE ACTION**
    **Defendants.**
_____

### NOTICE OF FILING
_____

    COMES NOW PLAINTIFF, Cesar Gallardo, by and through counsel, and files the attached Consent Forms with regard to the above-captioned matter.

        Respectfully submitted,

        **GILBERT RUSSELL McWHERTER**
        **SCOTT & BOBBITT PLC**

        *s/ Emily S. Emmons*
        EMILY S. EMMONS #33281
        341 Cool Springs Blvd., Suite 230
        Franklin, Tennessee  37067
        Telephone:  (615) 354-1144
        Facsimile:  (731) 664-1540
        mrussell@gilbertifrm.com
        eemmons@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 12th day of July, 2017:

*s/Emily S. Emmons*