# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**CESAR GALLARDO,**
individuals on behalf of himself and
others similarly situated,

        **Plaintiffs,**

v.

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**

        **Defendants.**

No. 1:16-cv-01055

**JURY DEMAND**
**FLSA COLLECTIVE ACTION**

## JOINT STATUS REPORT

Pursuant to the Court's Order of September 26, 2017, (Dkt. 67), Plaintiff Cesar Gallardo, on behalf of himself and others; and Defendants Los Portales Bolivar LLC, Los Portales Henderson LLC, Tomas Leon, and Roy Salvador submit this Status Report to the Court. The parties have successfully reached a settlement in this action. Counsel for Plaintiffs are actively engaged in the process of securing signatures from all of the Plaintiffs, pursuant to the terms of the settlement agreement. When that process is complete, the parties will notify the Court and file an appropriate motion voluntarily dismissing this action.

Respectfully submitted this 26th day of September 2017.

/s/J. Larry Stine
J. Larry Stine
GA Bar No.: 682555
WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404)365-0900
Fax: (404)261-3707
jls@wimlaw.com

Albert J. Bolet, III
GA Bar No.: 065785
GOICO & BOLET, P.C.
2021 North Druid Hills Road, N.E.
Suite 200
Brookhaven, Georgia 30329
Phone: (404) 320-3456
Fax: (404) 320-3026
abolet@goicobolet.com
jward@goicobolet.com

*Attorneys for Defendants*

**GILBERT McWHERTER
SCOTT & BOBBITT PLC**

/s/ Emily S. Alcorn
Emily S. Alcorn #33281
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540
ealcornemmons@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
cscott@gilbertfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CESAR GALLARDO,<br>individually on behalf of himself and<br>others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>LOS PORTALES BOLIVAR LLC,<br>LOS PORTALES HENDERSON LLC,<br>and TOMAS LEON, and ROY SALVADOR<br><br>      Defendants. | No. 1:16-cv-01055<br><br><br><br><br><br><br><br>JURY DEMAND<br>FLSA COLLECTIVE ACTION |

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of **JOINT STATUS REPORT** was sent via electronic notice through the Court's ECF system on this 26th day of September, 2017, to the following:

Emily S. Alcorn
Clinton H. Scott
GILBERT MCWHERTER SCOTT BOBBITT, PLC


WIMBERLY, LAWSON, STECKEL,
 SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 365-0900
(404) 261-3707 (Fax)
jls@wimlaw.com

*/s/ J. Larry Stine*
J. Larry Stine
Ga. State Bar No.: 682555