# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

___

**CESAR GALLARDO,**
individuals on behalf of himself and
others similarly situated,

                                                                    **No. 1:16-cv-01055**

     **Plaintiffs,**

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**        **JURY DEMAND**
                                                                    **FLSA COLLECTIVE ACTION**

     **Defendants.**

___

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
___

     COME NOW the parties, through their respective counsel, and hereby stipulate that all matters in controversy between or among themselves in this action have been fully resolved; therefore, the above-captioned matter should be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil procedure.

                                                                Jointly Submitted By:

                                                                *s/ J. Larry Stine*
                                                                 J. LARRY STINE
                                                                 GA Bar No. 682555
                                                                 WIMBERLY, LAWSON, STECKEL,
                                                                 SCHNEIDER & STINE, P.C.
                                                                Suite 400, Lenox Towers
                                                               3400 Peachtree Road, N.E.
                                                               Atlanta, GA, 30326
                                                               Phone: (404) 365-0900
                                                               Fax: (404) 261-3707
                                                               jls@wimlaw.com

Albert J. Bolet, III
GA Bar No.: 065785
GOICO & BOLET, P.C.
2021 North Druid Hills Road, N.E.
Suite 200
Brookhaven, Georgia 30329
Phone: (404) 320-3456
Fax: (404) 320-3026
abolet@goicoboley.com

*Attorneys for Defendants*

&

GILBERT McWHERTER
SCOTT & BOBBITT PLC

*s/ Emily S. Alcorn*
EMILY S. ALCORN #33281
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540
eemmons@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

**CESAR GALLARDO,**
**individuals on behalf of himself and**
**others similarly situated,**

                                                                                    **No. 1:16-cv-01055**

       **Plaintiffs,**

**v.**

**LOS PORTALES BOLIVAR LLC,**
**LOS PORTALES HENDERSON LLC,**
**and TOMAS LEON, and ROY SALVADOR**        **JURY DEMAND**
                                                                                   **FLSA COLLECTIVE ACTION**

       **Defendants.**
_____

## CERTIFICATE OF SERVICE
_____

      I hereby certify that a true copy of JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was sent via electronic mail through the Court's ECF system on this the 16th day of November, 2017, to the following:

                                    Emily S. Alcorn
                                    Clinton H. Scott
                    GILBERT MCWHERTER SCOTT BOBBITT, PLC

                                                                           *s/ J. Larry Stine*
                                                                            J. LARRY STINE
                                                                            GA Bar No. 682555
                                                                            WIMBERLY, LAWSON, STECKEL,
                                                                            SCHNEIDER & STINE, P.C.
                                                                            Suite 400, Lenox Towers
                                                                            3400 Peachtree Road, N.E.
                                                                            Atlanta, GA, 30326
                                                                            Phone: (404) 365-0900
                                                                            Fax: (404) 261-3707
                                                                            jls@wimlaw.com